RECEIVED

AUG 15 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN MIMOSA MARKS, PRO SE
386 14TH ST.
OAKLAND, CA 94607
JOHN.MARKS@HOMELESSINCORPORATED.COM
415-961-7213

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOHN MIMOSA MARKS,** ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> V. <br><br> **DONALD JOHN TRUMP,** <br><br> IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES; <br><br> **PAMELA JO BONDI,** <br><br> IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; <br><br> **ROBERT F. KENNEDY JR.,** <br><br> IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES; <br><br> **SCOTT TURNER,** <br><br> IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOUSING AND URBAN DEVELOPMENT; <br><br> **SEAN P. DUFFY,** <br><br> IN HIS OFFICIAL CAPACITY AS SECRETARY OF TRANSPORTATION; <br><br> AND **THE UNITED STATES OF AMERICA,** <br><br> DEFENDANTS. | Case No: <br><br> CV 25-6932 <br><br> JCS <br><br> [PROPOSED] <br><br> TEMPORARY <br><br> RESTRAINING <br><br> ORDER |

[PROPOSED] TEMPORARY RESTRAINING ORDER                                                              - 1

## **TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's Ex Parte Motion for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, the Complaint, the supporting Declaration of Plaintiff, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants, their officers, agents, servants, employees, and all persons acting in concert or participation with them are temporarily restrained and enjoined, pending further order of this Court, from implementing, enforcing, or taking any action pursuant to Executive Order No. 14321 (90 Fed. Reg. 35817) insofar as the EO: (a) authorizes, directs, conditions, or encourages civil commitment, detention, institutionalization, removal, or segregation of unhoused individuals on the basis of homelessness, housing status, or perceived inability to "care for themselves"; or (b) directs the reversal, suspension, termination, or abrogation of judicial precedents or consent decrees that protect due process or integration rights of disabled individuals.

2. Defendants are ORDERED to preserve and NOT destroy, modify, or dispose of any and all documents, communications (including electronic communications), memoranda, guidance, policies, implementation plans, and related materials concerning the drafting, promulgation, implementation, enforcement, or funding of Executive Order No. 14321 and any implementing directives, guidance, or contracts.

3.  Defendants shall also preserve all records and logs of communications with state and local agencies, recipients of federal funds, and private contractors relating to implementation of the EO.

4.  Plaintiff shall post a bond in the amount of $_____ (or the Court waives security) as required by Fed. R. Civ. P. 65(c).

5.  A hearing on Plaintiff's request for a Preliminary Injunction will be held on _____ at _____ (date/time), at which time Defendants shall show cause why a preliminary injunction should not be issued. The parties shall follow the Court's expedited briefing schedule and any local rules.

6.  This Order shall remain in effect until further order of the Court.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge

**RECEIVED**

2025 AUG 15 P 2: 48

CLERK, US DISTRICT COURT
NO. DIST. OF CA.